UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------

RICHARD TUNSTULL

                              Plaintiff,

    **-v.-**

                                Civil Action No.
                                3:12-cv-1249 (GLS/DEP)

GRACE TALMA, et al.,

                              Defendants.
--------------------------------------------------------------------------------

APPEARANCES:                       OF COUNSEL:

**FOR THE PLAINTIFF:**

RICHARD TUNSTULL *Pro Se*
356 Webster Ave.
Brooklyn, New York 11230

GARY L. SHARPE,
CHIEF JUDGE

# ORDER

    The above-captioned matter comes to this court following a Report-Recommendation by Magistrate Judge David E. Peebles, duly filed August 13, 2012. Following ten days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

    No objections having been filed, and the court having reviewed the

Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED, that the Report-Recommendation of Magistrate Judge David E. Peebles filed August 13, 2012 is ACCEPTED in its entirety for the reasons state therein; and it is further

ORDERED that plaintiff's complaint is DISMISSED in its entirety, without leave to replead; and it is further

ORDERED, that the Clerk of the Court is to mail a copy of this order to the plaintiff by certified mail.

IT IS SO ORDERED.

Dated:   September 11, 2012
         Albany, New York

Gary L. Sharpe
Chief Judge
U.S. District Court